| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX No., State Bar No. & Email Address<br><br>Rod Danielson<br>Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501<br>Tel. (951) 826-8000<br>Fax (951) 826-8090<br><br>*Chapter 13 Trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 28 2016**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY cargill    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br>ERNEST LEYVA<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **6:16-bk-19955-MH**<br><br>CHAPTER: 13<br><br>**ORDER CONFIRMING**<br>**CHAPTER 13 PLAN**<br><br>DATE:            December 15, 2016<br>TIME:            12:30 pm<br>COURTROOM: 303<br>PLACE:          3420 Twelfth St.<br>                      Riverside, CA 92501 |

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on <u>11/21/2016</u>.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure. The debtor (s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a). The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1. Plan Payments:
   a. [ ]  The amount of each monthly plan payment is $_____. The due date is _____ day of each month for _____ months. The Plan provides for the payment of _____% of allowed claims for general unsecured creditors.

   b. [X]  The amount of each monthly plan payment is:
      Starting <u>12/08/2016</u> the monthly plan payment is <u>$900.00</u>,
      Starting <u>01/08/2017</u> the monthly plan payment is <u>$2,569.00</u>,
      The due date is the <u>8th</u> day of each month for <u>60</u> months. The Plan provides for the payment of <u>100.00</u>% of allowed claims for general unsecured creditors.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to the post-petition defaults by the debtor(s).

3. Other provisions:
   a. [X]  This is a base plan with the debtor(s) paying at least <u>$152,471.00</u> of disposable income into the Plan. The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%. The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2010    FG:100 - 12/28/16 -  7:51 - 1619955 - KP              Page 1 of 2              F 3015-1.21.ORDER

| ORDER CONFIRMING CHAPTER 13 PLAN<br>Page 2 of 2 | CASE NO.: **6:16-bk-19955-MH** |
|---|---|
| | CHAPTER: 13 |

b. [X] The Trustee is authorized to make payment to holders of secured claims based on the plan. However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

c. [X] Counsel for debtor(s) is awarded fees of $5,000.00; having previously received $0.00 , counsel is entitled to $5,000.00 payment of  from the estate. Fees will be paid in an amount of not more than 50% of each plan payment until paid in full.

d. [X] Additional provisions incorporated in this Order:
   1. Debtor(s) must pay the base plan amount or the percentage to unsecured creditors, whichever is greater.
   2. In addition to the monthly plan payments, tax refunds received during the term of the plan are pledged to the plan.
   3. The plan is modified to comply with the requirements of the court's approved plan form.
   4. Debtor(s) reserve the right to object to any claim notwithstanding any plan interlineations.

e. [X] Interlineations:

- Any reference to direct payments by debtor to creditor US BANK, 5816 is stricken from the plan. The Chapter 13 Trustee shall make on-going, post-confirmation, ("conduit") payments to creditor in the amount of $1,500.00 per month beginning in JANUARY 2017, in addition to any arrearages owed to the creditor; but may be subject to change.

As to any on-going, post-petition ("conduit") payments made by the Trustee, the Trustee shall not be liable for any late or other charges which may be charged by the creditor. Any post-confirmation payments tendered by the Trustee shall be applied to the most recent post-confirmation payment to become due. Debtor and counsel shall monitor the court docket and provide written notice to the Trustee of any change in the monthly payment amount owed to creditor, within 10 days of debtor's receipt thereof. Not later than 10 days after plan confirmation debtor shall submit to the trustee in writing the address for payments, the full account number, and the monthly post-petition payment amount for any creditor(s) as to which the Trustee is making "conduit" payments. The Trustee shall disburse such post-petition mortgage payments to the creditor with the next regularly scheduled disbursement following receipt of the plan payment, and shall not be liable for any late charge(s) or other penalties which may be charged as a result thereof.

THE SAN BERNARDINO COUNTY TAX COLLECTOR SHALL BE PAID $59.72 PER MONTH ON ITS SECURED CLAIM OF $2,351.62.

Date: December 28, 2016

Mark Houle
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*April 2010*    FG:100 - 12/28/16 -  7:51 - 1619955 - KP    Page 2 of 2    **F 3015-1.21.ORDER**